IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STANLEY ANDERSON,

    Plaintiff,

vs.                                            CASE NO.: 1:06cv131-SPM/AK

MERCK & CO., INC., et al.,

    Defendants.
_____/

## ORDER ENLARGING PRETRIAL DEADLINES

For good cause shown, the parties' Joint Motion for Enlargement of Pretrial Deadlines (doc. 13) is granted. The pretrial deadlines in this case are extended and stayed until after a transfer decision is made by the Judicial Panel on Multidistrict Litigation.

SO ORDERED this 6th day of September, 2006.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge